IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AWNI I. SAHAWNEH,                    :
                                     :
        Plaintiff,                   :
                                     :
v.                                   :
                                     :        1:18-cv-67
BECKY M. FRED; STATE FARM            :
MUTUAL INSURANCE COMPANY,            :
Et al.,                              :
                                     :
        Defendants.                  :

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 USC §1441 and §1446, you are hereby notified that Becky M. Fred and State Farm Mutual Insurance Company, Defendants in the above-styled case, have removed this case from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Southern Division.

1.      On or about October 24, 2017, Plaintiff commenced an action in the Circuit Court of Mobile County, Alabama, styled Awni I. Sahawneh v Becky M. Fred and State Farm Mutual Insurance Company, Civil Action No. CV-17-902779, by filing a Complaint.  Plaintiff alleges entitlement to damages as a result of a motor vehicle accident that occurred on February 17, 2017, in Mobile County, Alabama, in which he was caused to suffer physical injury to his body, claimed he was permanently injured, he was caused to incur medical expenses for the treatment of his injuries, will be caused to incur medical expenses for the treatment of his injuries, will be caused to suffer physical pain and suffering, he has suffered emotional distress and mental anguish, still so suffers and will so suffer in the future. Plaintiff's Complaint seeks compensatory damages and

punitive damages in excess of the jurisdictional limits of this Court, plus interest and cost. (Exhibit "A", Plaintiff's Complaint).

2.      According to the Mobile County Circuit Clerk's Office, Plaintiff's Complaint was filed on October 24, 2017, and service of process was perfected on Defendant Fred and Defendant State Farm via certified mail on November 13, 2017, and October 30, 2017, respectively.

3.      Defendant Becky Fred is a citizen of Louisiana.

4.      Defendant State Farm is a corporation formed and existing under the laws of the State of Illinois, with it principle place of business and home office in Bloomington, Illinois.

5.      The Plaintiff is a citizen of Mobile, Alabama.

6.      On December 11, 2017, the undersigned, on behalf of Defendant Fred, filed an Answer.

7.      On December 19, 2017, Defendant Fred propounded Requests for Admission to the Plaintiff regarding the amount in controversy requirement of 28 U.S.C. §1332.

8.      On January 18, 2018, Plaintiff responded to Defendant Fred's written discovery stating he "could neither admit nor deny the amount in controversy exceeds $75,000." Also, when questioned whether the Plaintiff is seeking an award of more than $75,000, the Plaintiff stated he "could neither admit nor deny he will seek more than $75,000 at this time because discovery is ongoing . . . .' Further, the Plaintiff admitted there is evidence which supports an award of damages exceeding $75,000. (Exhibit "B", Plaintiff's Response to Defendant Fred's Request for Admissions).

9.      Federal Courts have held that a district court, "considers the document received by the defendant . . . and determines whether that document and the notice of removal unambiguously establish federal jurisdiction." *Devore v. Howmedica Osteonics Corp.*, 658 F. Supp. 2d 1372, 1380

(M.D. Fla. 2009). The Court concluded that "[i]f the jurisdictional amount is either stated clearly on the face of the documents before the court, or readily deducible from them, then the court has jurisdiction." *Id.* The Court has also held that "a plaintiff's refusal to stipulate or admit that he is not seeking damages in excess of the requisite amount should be considered" when assessing the amount in controversy." *Id.* at 1380 (citing *Morock,* 2007 WL 1725232 at *2, *Hanna v. Miller,* 163 F.Supp.2d 1302, 1306 (D.N.M.2001)).

10.     Here, not only does the Plaintiff refuse to stipulate or admit that he is not seeking damages in excess of $75,000, but he admitted there is evidence which supports an award of damages exceeding $75,000. Accordingly, the Plaintiff's response to Defendant Fred's Requests for Admission and the unspecified damages in Plaintiff's Complaint satisfies the amount in controversy requirement.

11.     Jurisdiction herein is based on diversity of citizenship pursuant to 28 U.S.C. 1332(a) and 28 U.S.C. §1441(a).

12.     Defendants filed this Notice of Removal within thirty (30) days of this case being removable and is therefore timely filed pursuant to 28 U.S.C. §1446(b).

13.     Upon the filing of this notice, Defendants Fred and State Farm have given written notice thereof to the Plaintiff, through counsel, and has filed a copy of the removal proceedings and notice with the Circuit Court Clerk of Mobile County, Alabama, in accordance with the law. Defendants have requested a certified copy of the entire Circuit Court file for Civil Action No.: 17-902779 and will supplement this Notice of Removal with same once it is received.

WHEREFORE, the Defendants pray that the removal of said cause to the United States District Court for the Southern District of Alabama, Southern Division, be effected and no further or other proceedings may be had with respect to this matter in the Circuit Court of Mobile County,

Alabama, pending a final decision and determination of the controversy in said United States

District Court.

    Dated this 14th day of February, 2018.

                Respectfully submitted,

                /s/   *Steven P. Savarese, Jr.*
                STEVEN P. SAVARESE, JR. (savas5286)
                *Attorney for Defendant Becky Fred*

OF COUNSEL
Holtsford Gilliland Higgins
    Hitson & Howard, P.C.
29000 U. S. Highway 98, Suite B-101
Daphne, Alabama 36526
Office: (251) 447-0234
ssavarese@hglawpc.com

                /s/   *Mark R. Ulmer*
                MARK R. ULMER, (ulmem7281)
                *Attorney for Defendant State Farm Mutual*
                *Insurance Company*

OF COUSNEL
Ulmer Hillman & Ballard
P. O. Box 66196
Mobile, Alabama 36660
(251) 473-4228
mulmer@uhblaw.com

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I have this 14th day of February, 2018, I served the foregoing to the attorneys who have appeared in this case via electronic mail:

Eaton G. Barnard, Esq.
Citrin Law Firm
P. O. Drawer 2187
Daphne, Alabama 36526
Eaton@citrinlaw.com

                /s/Steven P. Savarese, Jr.
                **OF COUNSEL**