# Exhibit "A"

ELECTRONICALLY FILED
10/24/2017 4:19 PM
02-CV-2017-902779.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| AWNI I. SAHAWNEH, | |
| Plaintiff, | |
| v. | Civil Action No.: CV-2017-_____ |
| BECKY M. FRED; STATE FARM MUTUAL INSURANCE COMPANY; Fictitious parties A, B & C, being those persons, entities or corporations otherwise responsible for the acts complained of herein whose identities are not known at this time but will be substituted once ascertained; | **PLAINTIFF REQUESTS TRIAL BY JURY** |
| Defendants. | |

## COMPLAINT

Comes now Plaintiff AWNI I. SAHAWNEH, by and through his undersigned counsel, and alleges against Defendants as follows:

1.  On February 17, 2017, Plaintiff AWNI I. SAHAWNEH was traveling northbound on Grand Bay Wilmer Road in Mobile County, Alabama.

2.  At the same time and place, Defendant BECKY FRED ("FRED") was traveling directly behind Plaintiff.

3.  Plaintiff stopped for a red light and FRED drove her SUV into the rear of Plaintiff's vehicle, totally destroying his truck and causing severe injuries to Mr. Sahawneh.

4.  Defendant Fred was negligent in being distracted while driving, failing to keep a proper look-out, failing to maintain control of her vehicle and/or maintaining a safe distance, and failing to see what was there to be seen.

### COUNT ONE – NEGLIGENCE

5. As an actual and proximate result of the Defendant FRED's negligence, Plaintiff was caused to suffer the following injuries and damages:

- a) Past and future medical expenses;
- b) Permanent injuries and/or disabilities;
- c) Past and future pain, suffering, and mental anguish;
- d) Past and future loss of the enjoyment of life;
- e) Past and future lost earning capacity; and
- f) Others as proven.

### COUNT TWO
### WANTONNESS AND/OR RECKLESS

6. Plaintiff adopts and re-alleges the allegations in paragraphs numbered 1 through 5 of this Complaint as if fully set forth herein and substitutes the words "reckless" and "recklessness" for the words "negligent" and "negligence".

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendant FRED, including punitive damages, in such sum as determined by a jury to be just, reasonable and adequate under the circumstances, including interest and all costs of this proceeding.

### COUNT THREE – UNDERINSURED MOTORIST COVERAGE

7. At all times material to this action, Plaintiff was covered by an underinsured motorist policy of insurance issued by Defendant STATE FARM MUTUAL INSURANCE COMPANY ("STATE FARM").

8. Plaintiff is entitled to underinsured motorists benefits under the terms of the policy.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendants for compensatory and punitive damages in excess of the minimum jurisdictional limits of this Court, plus interest and costs.

**PLAINTIFF REQUESTS TRIAL BY JURY**

Respectfully submitted,

**CITRIN LAW FIRM, P.C.**
Attorney for Plaintiff

/s/ EATON G. BARNARD
EATON G. BARNARD (BAR059)
Post Office Drawer 2187
Daphne, Alabama 36526
Telephone: (251) 621-3000
Facsimile: (251) 626-4943
Eaton@citrinlaw.com

**Defendant to be served as follows:**

Becky Fred
2814 Curtis Lane
New Iberia, Louisiana 70570

State Farm Mutual Insurance Company
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104